AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>Nicholas Butler<br>*Defendant* | )<br>)<br>) Case No. 2:22mj249<br>)<br>) |

FILED
NOV 28 2022
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

In or about the month of January 2022 to February 2022, in the Eastern District of Virginia and elsewhere, the defendant violated:

| *Code Section(s)* | *Offense Description(s)* |
|---|---|
| Count One:<br>18 U.S.C. § 2252(a)(4)(B) | Possession of material containing an image of child pornography that has traveled in interstate or foreign commerce or was produced using material so transported or shipped. |

This criminal complaint is based on these facts: **Please see attached Affidavit.**

READ AND REVIEWED:

*[signature]*
Kristen S. Taylor
Assistant United States Attorney

☒ Continued on the attached sheet.

*[signature]*
*Complainant's signature*

TFO Jennifer D. Rider, Federal Bureau of Investigation
*Printed name and title*

Sworn to before me and signed in my presence.

Date: November 28, 2022

*[signature]*
*Judge's signature*

City and state: Norfolk, Virginia

Robert J. Krask, U.S. District Magistrate Judge
*Printed name and title*